■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PHILIP KAPLAN, Respondent. [628 NYS2d 490] —Appeal by the People from an order of the County Court, Orange County (Berry, J.), dated September 24, 1993.

Ordered that the order is affirmed for reasons stated by Judge Berry at the County Court. Balletta, J. P., O'Brien, Thompson and Hart, JJ., concur.